IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NOLAN J. DUDIK,

Defendant.

4:26CR 3098

INDICTMENT
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

The Grand Jury charges that

COUNTS 1-7

On or about the dates set forth below, in the District of Nebraska, the defendant, NOLAN J. DUDIK knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, to wit:

| Count | On or About Dates | File(s) and Descriptions |
|---|---|---|
| 1. | Between October 11, 2025 and October 13, 2025 | Multiple photographs depicting Victim 1 which are child pornography as defined under 18 U.S.C. § 2256(8)(C). |
| 2. | Between September 6, 2025 and December 5, 2025 | Multiple photographs and videos depicting Victim 4 which are child pornography as defined under 18 U.S.C. § 2256(8)(C). |
| 3. | Between October 1, 2025 and October 14, 2025 | A photograph depicting Victim 5 which is child pornography as defined under 18 U.S.C. § 2256(8)(C). |
| 4. | Between August 30, 2025 and November 11, 2025 | Multiple photographs and videos depicting Victim 6 which are child pornography as defined under 18 U.S.C. § 2256(8)(C). |

4:26 cr 3098

| | | |
|---|---|---|
| 5. | Between September 5, 2025 and November 11, 2025 | Multiple photographs and videos depicting Victim 7 which are child pornography as defined under 18 U.S.C. § 2256(8)(C). |
| 6. | September 30, 2025 | File name "Gif" with a hash value 038fa65bf1a0b4ac729cd83d06f15eab depicting a prepubescent female which is child pornography as defined under 18 U.S.C. § 2256(8)(A). |
| 7. | September 14, 2024 | File name "Thumbnail" with hash value 4676c46d38a2155002411011ac24c275 depicting a prepubescent female which is child pornography as defined under 18 U.S.C. § 2256(8)(A). |

All in violation of Title 18, United States Code, Section 2252A(a)(2).

COUNT 8

On or about December 9, 2025, within the District of Nebraska, NOLAN J. DUDIK, the defendant herein, did knowingly possess at least one matter which contains an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A) and 2256(8)(C), that had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, including files of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

____________________________

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

TESSIE L. SMITH
Assistant United States Attorney